# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| RODRIGUEZ GONZALEZ, WILFREDO<br>VAZQUEZ VIDOT, MARTA | CASE NO.: 13-05822-BKT<br>JUDGE: BRIAN K TESTER |
| DEBTOR(S) | (CHAPTER 7) |

## TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on August 21, 2013. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** Yes ____ No ✓.  Track No. __8__
**Exemptions as claimed in Schedule C allowed.** Yes ✓ No ____
**Creditor(s) Present** Yes ____ No ✓.

**Attorney's Information**
Present with Debtor(s) was
___✓___ Attorney of Record
_____ Other: _____
_____ Pro-Se - See Certificate

**Debtor to amend within ____ days the following:**
____ A, ✓ B, ____ C, ____ D, ____ E, ____ I & J, ____ Other _____
____ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within ____ days:**
✓ Documents on Real Property            ____ Documents on Vehicle
(Appraisal, Title Search, Mortgage Balance)
_preserve – inheritance_

**Trustee further requests that:**
✓ Case be closed as no-asset as of the date of §341(a) meeting.       ____ Upon receipt of documents.
____ Case be held open for potential asset recovery.
____ Case be RESET the §341(a) Meeting
 ____ On the ____ day of _____, 200__, at _____.
 ____ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
  ____ Debtor(s) failed to appear.
  ____ Attorney for Debtor(s) failed to appear.
  ____ Further testimony or material is needed.

____ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
____ Failure to provide complete: ____ Schedules, ____ Statement of Affairs, ____ Mailing Lists,
  Description of estate assets.
____ Failure of ____ Debtor(s) ____ Counsel to appear at:
  ____ initial ____ subsequent creditor meetings.

Dated:  August 21, 2013

_____
WIGBERTO LUGO-MENDER, Trustee